LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET · SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

## MEMO ENDORSED

August 17, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Ken Alexander
21 Cr. 249 (SHS)

Dear Judge Stein:

I am CJA appointed counsel for Ken Alexander in the above referenced matter. Mr. Alexander was indicted on August 4, 2021 along with Jamel Thomas and others on conspiracy to traffic in firearms.

Mr. Alexander requests that he be permitted to join in Mr. Thomas' consent motion filed on August 11, 2021 (ECF Doc. No. 61) to inspect the grand jury records and to stay any deadline as the same facts that apply to Mr. Thomas equally apply to Mr. Alexander and his co-defendants.

If your Honor requires any further information, please do not hesitate to contact my office.

Sincerely,

David S. Greenfield

Request granted.

Dated: New York, New York
August 17, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.