UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-249 (SHS)

       -v-                                                  :        <u>ORDER</u>

KEN ALEXANDER,                                   :

       Defendant.                            :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court will hold a bail hearing in this matter on October 8, 2021, at 4:30 p.m., in Courtroom 23A.

Dated: New York, New York
       October 4, 2021

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.