LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

October 11, 2022

By ECF

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Ken Alexander
     21 Cr. 249 (SHS)

Dear Judge Stein:

We have filed a corrected Sentencing Submission (Dkt. No. 243) for the sole purpose of correcting Exhibit A by redaction. We have made this one correction and nothing else has been changed other than that of the redaction. In every other respect the corrected sentencing submission is identical to that which was originally filed. We ask permission of the Court to file the corrected sentencing submission and have it replace that which was originally filed (Dkt. No. 242) and we apologize to all parties and the Court for any inconvenience.

Thank you.

Sincerely,

David S. Greenfield

DSG:sc

The request to file the corrected sentencing submission is granted.

Dated: New York, New York
       October 11, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.